\*\*E-filed 8/8/06\*\*

Henry C. Bunsow (SBN 060707)
K.T. Cherian (SBN 133967)
Scott Wales (SBN 179804)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant
MOSAID TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOSAID TECHNOLOGIES INCORPORATED,<br><br>　　　　Defendant. | Case No. 5:02-cv-05772 JF<br><br>[~~PROPOSED~~] ORDER DETERMINING THAT CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 |

Having considered non-party Micron Technology, Inc.'s ("Micron") Unopposed Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 ("Micron's Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.  The Court finds that the newly filed action entitled *Micron Technology, Inc. v. Mosaid Technologies, Incorporated*, Case No. C:06-cv-04496-WHA, (the "*Micron v. MOSAID* case"), is related to the pending action.  The clerk is hereby directed to reassign the *Micron v. MOSAID* case to Judge Fogel, and to notify the parties and Judge Alsup accordingly.

Dated:  8/3/06

_____
Hon. Jeremy Fogel
United States District Judge

HOWREY LLP

Case No.  5:02-cv-05772 JF
PROPOSED] ORDER DETERMINING THAT CASES SHOULD
BE RELATED PURSUANT TO CIVIL L.R. 3-12
DM_US\8372220.v1