\*\*E-filed 5/1/08\*\*

Henry C. Bunsow (060707)
bunsowh@howrey.com
K.T. Cherian (133967)
cheriank@howrey.com
Scott Wales (179804)
waless@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant
MOSAID Technologies Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOSAID TECHNOLOGIES INCORPORATED,<br><br>Defendant. | Case No. C 06-4496 JF<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |

Defendant MOSAID Technologies Inc. ("MOSAID") respectfully requests that Lorrel A. Plimier be permitted to withdraw as counsel of record for MOSAID in this matter.  The reason for this request is that Ms. Plimier is no longer associated with the law firm Howrey LLP.  No other changes are requested at this time regarding the other attorneys acting as MOSAID's counsel of record.

Case No.  C 06-4496 JF
Notice of Withdrawal of Counsel

DM_US:21188478_1

| | | |
|---|---|---|
| 1 | Dated: April 29, 2008 | Respectfully submitted, |
| 2 | | HOWREY LLP |
| 4 | | By:      /s/ K.T. Cherian |
| 5 | |              K. T. Cherian |
| 6 | | Attorneys for Defendant<br>MOSAID TECHNOLOGIES INC |

9 **IT IS SO ORDERED:**

11 DATED: __5/1/08_____     _____
              The Honorable Jeremy Fogel
              United States District Judge

- 1 -                                         Case No. C 06-4496 JF
                                         Notice of Withdrawal of Counsel

DM_US:21188478_1