RECEIVED
2008 APR 30 PM 2: 15
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4  E-Mail:  lmbrenner@duanemorris.com

5  Dan C. Hu (Pro Hac Vice Pending)
   Diana M. Sangalli (Pro Hac Vice Pending)
6  E. E. Richards II (Pro Hac Vice Pending)
   **TROP, PRUNER & HU, P.C.**
7  1616 South Voss Road, Suite 750
   Houston, TX 77057-2631
8  Telephone: 713.468-8880
   Facsimile: 713.468-8883
9  E-Mail:  hu@tphm.com
            dsangalli@tphm.com
10
   Thomas W. Sankey (Pro Hac Vice Pending)
11 **DUANE MORRIS LLP**
   3200 Southwest Freeway, Suite 3150
12 Houston, TX 77027-7534
   Telephone: 713.402.3900
13 Facsimile: 713.402.3901
   E-Mail:  twsankey@duanemorris.com
14
   Attorneys for Intervenor
15 POWERCHIP SEMICONDUCTOR CORPORATION

**E-filed 5/2/08**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No.: 5:06-CV-04496-JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| MOSAID TECHNOLOGIES INCORPORATED, | |
| Defendant. | **BY FAX** |

Dan C. Hu, an active member in good standing of the bar of Texas, whose business address and telephone number is 1616 S. Voss Road, Suite 750, Houston, TX 77002, (713) 468-8880, and

1

1  who is admitted to the Southern District of Texas, Untied States Courthouse, 515 Rusk Avenue,
2  Houston, TX 77002, (713) 250-5500, has applied in the above-entitled action for admission to
3  practice in the Northern District of California on a *pro hac vice* basis, representing Powerchip
4  Semiconductor Corporation.

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application will
8  constitute notice to the party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

11  Dated: _____5/2_____, 2008

12  _____
    United States Magistrate Judge
13  U S District Court Judge, Jeremy Fogel

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE   CASE NO. 5:06-CV-04496-JF
DM1\1323781.1