1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4  E-Mail:   lmbrenner@duanemorris.com

5  Dan C. Hu (Pro Hac Vice Pending)
   Diane M. Sangalli (Pro Hac Vice Pending)
6  E. E. Richards II (Pro Hac Vice Pending)
   **TROP, PRUNER & HU, P.C.**
7  1616 South Voss Road, Suite 750
   Houston, TX 77057-2631
8  Telephone: 713.468-8880
   Facsimile: 713.468-8883
9  E-Mail:   hu@tphm.com
              dsangalli@tphm.com
10
   Thomas W. Sankey (Pro Hac Vice Pending)
11 **DUANE MORRIS LLP**
   3200 Southwest Freeway, Suite 3150
12 Houston, TX 77027-7534
   Telephone: 713.402.3900
13 Facsimile: 713.402.3901
   E-Mail:   twsankey@duanemorris.com
14
   Attorneys for Intervenor
15 POWERCHIP SEMICONDUCTOR CORPORATION

RECEIVED
2008 APR 30 PM 2: 14
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

**E-filed 5/2/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant. | Case No.: 5:06-CV-04496-JF <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br><br> **BY FAX** |

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE   CASE NO. 5:06-CV-04496-JF

DM1\1323781.1

1  Thomas W. Sankey, an active member in good standing of the bar of the State of Texas,
2  whose business address is Duane Morris LLP, 3200 Southwest Freeway, Suite 3150, Houston, Texas
3  77027, and whose telephone number telephone number is 713.402.3900, having applied in the
4  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
5  *vice* basis, representing Powerchip Semiconductor Corporation.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designed in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: __5/2/_____, 2008

13                              United States Magistrate Judge
14                              US District Court Judge, Jeremy Fogel