Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   lmbrenner@duanemorris.com

Dan C. Hu (Pro Hac Vice Pending)
Diana M. Sangalli (Pro Hac Vice Pending)
E. E. Richards II (Pro Hac Vice Pending)
**TROP, PRUNER & HU, P.C.**
1616 South Voss Road, Suite 750
Houston, TX  77057-2631
Telephone: 713.468-8880
Facsimile: 713.468-8883
E-Mail:   hu@tphm.com
          dsangalli@tphm.com

Thomas W. Sankey (Pro Hac Vice Pending)
**DUANE MORRIS LLP**
3200 Southwest Freeway, Suite 3150
Houston, TX  77027-7534
Telephone: 713.402.3900
Facsimile: 713.402.3901
E-Mail:   twsankey@duanemorris.com

Attorneys for Intervenor
POWERCHIP SEMICONDUCTOR CORPORATION

**RECEIVED**
2008 APR 30 PM 2: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**E-filed 5/2/08**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant. | Case No.: 5:06-CV-04496-JF <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br><br> **BY FAX** |

Diana M. Sangalli, an active member in good standing of the bar of Texas whose business address and telephone number is 1616 S. Voss Rd. Suite 750, Houston, TX 77002, (713) 468-8880,

1

and who is admitted to the Eastern District of Wisconsin, 362 United State District Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202, (414) 297-3372 has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Powerchip Semiconductor Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/2 , 2008

~~United States Magistrate Judge~~
US District Court Judge, Jeremy Fogel

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE    CASE NO. 5:06-CV-04496-JF

DM1\1323781.1