**E-filed 5/19/08**

1 | Christian Chadd Taylor (S.B.N. 237872)
    Bao Nguyen (S.B.N. 198023)
2 | Kimberly A. Schmitt (S.B.N. 203600)
    KIRKLAND & ELLIS LLP
3 | 555 California Street, Suite 2700
    San Francisco, California 94104-1501
4 | Telephone:   (415) 439-1400
    Facsimile:    (415) 439-1500
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                           SAN JOSE DIVISION
9
10 | MICRON TECHNOLOGY, INC.,           | Case No. 5:06-CV-04496-JF
11 |         Plaintiff,                  | (PROPOSED) ORDER GRANTING
                                         | APPLICATION FOR ADMISSION OF
12 |   vs.                               | ATTORNEY *PRO HAC VICE*
13 | MOSAID TECHNOLOGIES
    INCORPORATED,
14 |         Defendant.
15

RECEIVED 2008 MAY 16 AM 11:13
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

16   Gregory S. Arovas, an active member in good standing of the bar of the U.S. Court of
17 Appeals for the Federal Circuit whose business address and telephone number is Kirkland & Ellis
18 LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, (212) 446-4800,
19 having applied in the above-entitled action for admission to practice in the Northern District of
20 California on a *pro hac vice* basis, representing Micron Technology, Inc..
21   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
23 *vice*. Service of papers upon and communication with co-counsel designated in the application will
24 constitute notice to the party. All future filings in this action are subject to the requirements
25 contained in General Order No. 45, *Electronic Case Filing*.
26   DATED:  5/19/08

              *[signature]*
              United States District Court Judge
              Jeremy Fogel

(Proposed) ORDER                                          Case No. 5:06-CV-04496-JF