1  Christian Chadd Taylor (S.B.N. 237872)
   Bao Nguyen (S.B.N. 198023)
2  Kimberly A. Schmitt (S.B.N. 203600)
   KIRKLAND & ELLIS LLP
3  555 California Street, Suite 2700
   San Francisco, California 94104-1501
4  Telephone:  (415) 439-1400
   Facsimile:  (415) 439-1500

RECEIVED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No. 5:06-CV-04496-JF |
| Plaintiff, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| MOSAID TECHNOLOGIES INCORPORATED, | |
| Defendant. | |

John Desmarais, an active member in good standing of the bar of the United States Court of Appeals for the Federal Circuit whose business address and telephone number is Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, (212) 446-4800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Micron Technology, Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  8/8/08

[signature]

United States District Court Judge
Jeremy Fogel