1  Christian Chadd Taylor (S.B.N. 237872)
   Bao Nguyen (S.B.N. 198023)
2  Kimberly A. Schmitt (S.B.N. 203600)
   KIRKLAND & ELLIS LLP
3  555 California Street, Suite 2700
   San Francisco, California 94104-1501
4  Telephone:   (415) 439-1400
   Facsimile:    (415) 439-1500

**RECEIVED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JUL 2 5 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant. | Case No. 5:06-CV-04496-JF <br><br> (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James Shimota, an active member in good standing of the bar of Illinois whose business address and telephone number is Kirkland & Ellis LLP, AON Building, 200 East Randolph Drive, Chicago, Illinois 60601-6636, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Micron Technology, Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:    8/8/08

/s/ Jeremy Fogel

United States District Court Judge
Jeremy Fogel

(Proposed) ORDER

Case No. 5:06-CV-04496-JF