**E-filed 8/11/08**

1  Christian Chadd Taylor (S.B.N. 237872)
   Bao Nguyen (S.B.N. 198023)
2  Kimberly A. Schmitt (S.B.N. 203600)
   KIRKLAND & ELLIS LLP
3  555 California Street, Suite 2700
   San Francisco, California 94104-1501
4  Telephone:   (415) 439-1400
   Facsimile:   (415) 439-1500
5

RECEIVED

JUL 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant. | Case No. 5:06-CV-04496-JF <br><br> (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John Spaccarotella, an active member in good standing of the bar of the United States District Court for the Southern District of New York whose business address and telephone number is Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, (212) 446-4800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Micron Technology, Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:   8/8/08

*[signature]*

United States District Court Judge
Jeremy Fogel

(Proposed) ORDER                                                                                        Case No. 5:06-CV-04496-JF