Henry C. Bunsow (SBN 060707)
K.T. Cherian (SBN 133967)
Scott Wales (SBN 179804)
John D. Hamann (*pro hac vice*)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
cheriank@howrey.com
waless@howrey.com
hamannj@howrey.com

Attorneys for Defendant
MOSAID TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC. | ) Case No. C 06-4496 JF |
| Plaintiff, and | ) |
| POWERCHIP SEMICONDUCTOR CORP. | ) **MOSAID TECHNOLOGIES INC.'S** |
| | ) **ANSWER, AFFIRMATIVE DEFENSES AND** |
| Intervenor Plaintiff, | ) **COUNTERCLAIMS TO MICRON** |
| | ) **SEMICONDUCTOR CORPORATION'S** |
| v. | ) **FIRST AMENDED COMPLAINT FOR** |
| | ) **DECLARATORY JUDGMENT** |
| MOSAID TECHNOLOGIES INC., | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| Defendant. | ) |
| | ) |

## ANSWER

Defendant MOSAID Technologies Inc. ("MOSAID") hereby responds to Plaintiff Micron Semiconductor Corporation's ("Micron") First Amended Complaint for Declaratory Judgment as follows:

**PARTIES**

1.      MOSAID admits that Micron alleges that it is a Delaware corporation having a principal place of business in Boise, Idaho.  MOSAID lacks sufficient information sufficient to form a belief about the truth of any remaining allegations of Paragraph 1 and, on that basis, denies them.

2.      MOSAID admits that it is a corporation duly organized and existing under the laws of Ontario, Canada, having a principal place of business at 11 Hines Road, Kanata, Ontario K2K 2X1, Canada.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 2.

**NATURE OF DISPUTE**

3.      MOSAID admits that Micron seeks a declaratory judgment but MOSAID denies that Micron is entitled to a declaratory judgment on any of the bases it seeks.  Except as expressly admitted, denied.

4.      MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this paragraph.

5.      MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this paragraph.

6.      MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

7.      Denied.

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

1  **JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT**

2  8.    MOSAID admits that this Court has subject matter jurisdiction over the claims

3  purportedly arising under the patent laws of the United States.  Except as expressly admitted,

4  MOSAID denies the remaining allegations of this Paragraph.

5  9.    MOSAID admits for purposes of this litigation that venue for the claims purportedly

6  arising under the patent laws of the United States is proper in this district.  Except as expressly

7  admitted, MOSAID denies the remaining allegations of this Paragraph.

8  10.    MOSAID admits that an intellectual property action pursuant to Civil L.R. 3-2(c) may

9  be assigned on a district wide basis.  MOSAID also denies that this paragraph contains allegations that

10  are part of a short and plain statement of Micron's claims.  MOSAID lacks information sufficient to

11  form a belief about the truth of any allegations of Paragraph 10 and, on that basis, denies them.

12  **BACKGROUND**

13  11.    MOSAID lacks sufficient information sufficient to form a belief about the truth of any

14  allegations of Paragraph 11 and, on that basis, denies them.

15  12.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

16  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

17  statement of Micron's claims.  MOSAID admits ownership of multiple patents in the area of Dynamic

18  Random Access Memory (DRAM) technology.  Except as expressly admitted, MOSAID denies

19  Micron's characterizations and denies any remaining allegations in this Paragraph.

20  13.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

21  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

22  statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining

23  allegations in this Paragraph.

24  14.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

25  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

26  statement of Micron's claims.  MOSAID lacks sufficient information sufficient to form a belief about

27  the truth of any allegations of Paragraph 14 and, on that basis, denies them.

28

**HOWREY LLP**

DM_US:21382342_4

15.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

16.     MOSAID admits having litigation with Samsung for patent infringement in the United States District Court for the District of New Jersey.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 16.

17.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID admits previously asserting patents with respect to Samsung.  MOSAID states that the referenced documents speak for themselves.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 17.

18.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 18.

19.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID admits that Infineon filed a declaratory judgment action against MOSAID in the Northern District of California.  MOSAID admits that it filed counterclaims for patent infringement against Infineon in that action.  MOSAID states that the referenced documents speak for themselves.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 19.

20.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID admits that it amended its counterclaims to assert infringement by Infineon of U.S. Patent No. 6,067,272.  MOSAID states that the referenced documents

1  speak for themselves.  Except as expressly admitted, MOSAID denies the remaining allegations of

2  Paragraph 20.

3      21.    MOSAID admits that the Judicial Panel on Multidistrict Litigation issued an order in

4  September 2003 relating to *Infineon Technologies North Am. Corp. v. MOSAID Techs. Inc.*, Case No.

5  5:02-5772 (N.D. Cal.) ("Infineon California action") and *MOSAID Techs Inc. v. Samsung Elecs. Co.,*

6  *Ltd.*, Case No. 2:01-4340 (D.N.J.).  MOSAID states that the referenced documents speaks for

7  themselves.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 21.

8      22.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

9  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

10  statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

11  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 22.

12     23.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

13  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

14  statement of Micron's claims.  MOSAID states that the referenced document speak for themselves.

15  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

16     24.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

17  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

18  statement of Micron's claims.  MOSAID states that the referenced documents speaks for themselves.

19  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 24.

20     25.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

21  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

22  statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.

23  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

24     26.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

25  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

26  statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.

27  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

27.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speaks for themselves. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

28.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speaks for themselves. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

29.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

30.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

31.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

32.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

33.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

HOWREY LLP

DM_US:21382342_4

statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

34.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

35.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

MOSAID denies Micron's characterizations.  MOSAID lacks sufficient information sufficient to form a belief about the truth of any remaining allegations of Paragraph 35, and thus, denies them.

36.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.

MOSAID denies Micron's characterizations and denies any remaining allegations of Paragraph 36.

37.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced document speaks for itself.

MOSAID denies Micron's characterizations and denies any remaining allegations of this Paragraph.

38.     MOSAID admits that it filed an action for patent infringement against Micron in the Eastern District of Texas on July 25, 2006.  Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 38.

39.     Denied.

## **THE MOSAID PATENTS-IN-SUIT**

40.     MOSAID incorporates by reference its responses to paragraphs above and below as if fully set forth herein.

41.     MOSAID admits the following:

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

- MOSAID admits that U.S. Patent No. 5,751,643 ("the '643 patent"), entitled *Dynamic Memory Word Line Memory Driver*, issued May 12, 1998 from an application filed March 6, 1996, and names Valerie L. Lines as an inventor. MOSAID admits that a purported copy of the '643 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 5,822,253 ("the '253 patent"), entitled *Dynamic Memory Word Line Driver Scheme*, issued on October 13, 1998 from an application filed August 16, 1995, and names Valerie L. Lines as an inventor. MOSAID admits that a purported copy of the '253 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 6,278,640 ("the '640 patent"), entitled *Dynamic Memory Word Line Driver Scheme*, issued August 21, 2001 from an application filed April 13, 2000, and names Valerie L. Lines as an inventor. MOSAID admits that a purported copy of the '640 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 6,603,703 ("the '703 patent"), entitled *Dynamic Memory Word Line Driver Scheme*, issued August 5, 2003 from an application filed July 31, 2001, and names Valerie L. Lines as an inventor. MOSAID admits that a purported copy of the '703 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 7,038,937, entitled *Dynamic Memory Word Line Driver Scheme*, issued May 2, 2006 from an application filed March 2, 2004, and names Valerie L. Lines as an inventor. MOSAID admits that a purported copy of the '937 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 5,828,620 ("the '620 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, issued October 27, 1998 from an application filed September 2, 1997, and names Richard C. Foss, Peter B. Gillingham, Robert F. Harland, and Valerie L. Lines as inventors. MOSAID admits that a purported copy of the '620 patent is attached to the Complaint.

- MOSAID admits that U.S. Patent No. 6,236,581 ("the '581 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, issued May 22,

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

HOWREY LLP

DM_US:21382342_4

2001 from an application filed January 14, 2000, and names Richard C. Foss, Peter B. Gillingham, Robert F. Harland, and Valerie L. Lines as inventors.  MOSAID admits that a purported copy of the '581 patent is attached to the Complaint.

• MOSAID admits that U.S. Patent No. 5,406,523 ("the '523 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, issued April 11, 1995 from an application filed October 12, 1993, and names Richard C. Foss, Peter B. Gillingham, Robert F. Harland, and Valerie L. Lines as inventors.  MOSAID admits that a purported copy of the '523 patent is attached to the Complaint.

• MOSAID admits that U.S. Patent No. 6,980,448 ("the '448 patent") issued December 27, 2005 from an application filed June 17, 2003, and names Richard C. Foss, Peter B. Gillingham, Robert F. Harland, and Valerie L. Lines as inventors.  MOSAID admits that a purported copy of the '448 patent is attached to the Complaint.

• MOSAID admits that U.S. Patent No. 6,657,919 ("the '919 patent"), entitled *Delayed Locked Loop Implementation In A Synchronous Dynamic Random Access Memory*, issued December 2, 2003 from an application filed June 17, 2003, and names Richard C. Foss, Peter B. Gillingham, and Graham Allan as inventors.  MOSAID admits that a purported copy of the '919 patent is attached to the Complaint.

• MOSAID admits that U.S. Patent No. 6,992,950 ("the '950 patent"), entitled *Delayed Locked Loop Implementation In A Synchronous Dynamic Random Access Memory*, issued January 31, 2006 from an application filed August 21, 2003, and names Richard C. Foss, Peter B. Gillingham, and Graham Allan as inventors.  MOSAID admits that a purported copy of the '950 patent is attached to the Complaint.

• MOSAID admits that U.S. Patent No. 6,847,573 ("the '573 patent"), entitled *Synchronous SRAM-Compatible Memory Device Including DRAM Array With Internal Refresh*, issued January 25, 2005 from an application filed June 26, 2003.  MOSAID admits that a purported copy of the '573 patent is attached to the Complaint.

Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 41.

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

42. MOSAID admits that it alleges that it is the owner by assignment of the patents-in-suit. Except as expressly admitted, MOSAID denies the remaining allegations of Paragraph 42.

**<u>JEDEC</u>**

43. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

44. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

45. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

46. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

47. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

48. MOSAID denies that this paragraph contains allegations that are simple, concise, and direct. MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

**HOWREY LLP**

DM_US:21382342_4

49.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

**JEDEC Work Involving SDRAM Standards**

50.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

51.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

52.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

53.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

**MOSAID's '042 Patent Application and Its Progeny**

54.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves. MOSAID denies Micron's characterizations and denies any remaining allegations of this Paragraph.

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

HOWREY LLP

DM_US:21382342_4

55.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID admits that it has filed continuation applications claiming priority to U.S. Patent Application No. 08/319,042.  MOSAID states that the referenced documents speak for themselves.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

### MOSAID's Purported Promise to License Its DLL Patents

56.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

57.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

58.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

59.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

60.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations.  MOSAID lacks

HOWREY LLP

DM_US:21382342_4

1 knowledge and information sufficient to form a belief about the truth of any allegations of this

2 paragraph, and therefore, denies them.

3       61.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

4 direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

5 statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

6 MOSAID denies Micron's characterizations.  MOSAID lacks knowledge and information sufficient to

7 form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

8       62.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

9 direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

10 statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

11 MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

12 allegations of this paragraph, and therefore, denies them.

13       63.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

14 direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

15 statement of Micron's claims.  MOSAID denies Micron's characterizations.  MOSAID lacks

16 knowledge and information sufficient to form a belief about the truth of any remaining allegations of

17 this paragraph, and therefore, denies them.

18       64.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

19 direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

20 statement of Micron's claims.  MOSAID denies Micron's characterizations.  MOSAID lacks

21 knowledge and information sufficient to form a belief about the truth of any remaining allegations of

22 this paragraph, and therefore, denies them.

23       65.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

24 direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

25 statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

26 about the truth of any allegations of this paragraph, and therefore, denies them.

27

28

HOWREY LLP

66.     MOSAID admits that it has granted licenses under its patent portfolio.  MOSAID admits that it has sued Micron for infringement.  MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

67.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

68.     Denied

69.     Denied.

70.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

71.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

72.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

73.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

74.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

75.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

76.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

77.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

78.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

79.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

80.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

HOWREY LLP

DM_US:21382342_4

1   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

2   about the truth of any allegations of this paragraph, and therefore, denies them.

3       81.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

4   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

5   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

6   about the truth of any allegations of this paragraph, and therefore, denies them.

7       82.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

8   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

9   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

10  about the truth of any allegations of this paragraph, and therefore, denies them.

11      83.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

12  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

13  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

14  about the truth of any allegations of this paragraph, and therefore, denies them.

15      84.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

16  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

17  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

18  about the truth of any allegations of this paragraph, and therefore, denies them.

19      85.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

20  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

21  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

22  about the truth of any allegations of this paragraph, and therefore, denies them.

23      86.     MOSAID denies that this paragraph contains allegations that are simple, concise, and

24  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

25  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

26  about the truth of any allegations of this paragraph, and therefore, denies them.

27

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

87.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

88.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

89.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

90.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

91.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

92.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

93.     MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

1   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
2   about the truth of any allegations of this paragraph, and therefore, denies them.

3          94.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
4   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
5   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
6   about the truth of any allegations of this paragraph, and therefore, denies them.

7          95.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
8   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
9   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
10  about the truth of any allegations of this paragraph, and therefore, denies them.

11         96.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
12  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
13  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
14  about the truth of any allegations of this paragraph, and therefore, denies them.

15         97.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
16  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
17  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
18  about the truth of any allegations of this paragraph, and therefore, denies them.

19         98.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
20  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
21  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
22  about the truth of any allegations of this paragraph, and therefore, denies them.

23         99.     MOSAID denies that this paragraph contains allegations that are simple, concise, and
24  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain
25  statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief
26  about the truth of any allegations of this paragraph, and therefore, denies them.

27

28

HOWREY LLP

DM_US:21382342_4

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

100.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

101.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

102.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

103.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

104.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

105.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

106.   MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

HOWREY LLP

DM_US:21382342_4

1    statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

2    about the truth of any allegations of this paragraph, and therefore, denies them.

3        107.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

4    direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

5    statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

6    about the truth of any allegations of this paragraph, and therefore, denies them.

7        108.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

8    direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

9    statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

10   about the truth of any allegations of this paragraph, and therefore, denies them.

11       109.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

12   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

13   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

14   about the truth of any allegations of this paragraph, and therefore, denies them.

15       110.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

16   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

17   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

18   about the truth of any allegations of this paragraph, and therefore, denies them.

19       111.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

20   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

21   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

22   about the truth of any allegations of this paragraph, and therefore, denies them.

23       112.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

24   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

25   statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief

26   about the truth of any allegations of this paragraph, and therefore, denies them.

27

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

113.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

114.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

115.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

116.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

117.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves. MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

118.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

1   MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

2   allegations of this paragraph, and therefore, denies them.

3       119.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

4   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

5   statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

6   MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

7   allegations of this paragraph, and therefore, denies them.

8       120.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

9   direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

10  statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

11  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

12  allegations of this paragraph, and therefore, denies them.

13      121.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

14  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

15  statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

16  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

17  allegations of this paragraph, and therefore, denies them.

18      122.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

19  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

20  statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

21  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

22  allegations of this paragraph, and therefore, denies them.

23      123.    MOSAID denies that this paragraph contains allegations that are simple, concise, and

24  direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain

25  statement of Micron's claims.  MOSAID states that the referenced documents speak for themselves.

26  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any

27  allegations of this paragraph, and therefore, denies them.

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

124.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

125.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

126.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

127.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

128.    MOSAID denies that this paragraph contains allegations that are simple, concise, and direct.  MOSAID also denies that this paragraph contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID lacks knowledge and information sufficient to form a belief about the truth of any allegations of this paragraph, and therefore, denies them.

## COUNT I

### (Declaration of Invalidity)

129.    MOSAID incorporates by reference its responses to paragraphs above and below as if fully set forth herein.

130.    Denied.

131.    Denied.

-23-

1

## **COUNT II**

2

### **(Declaratory Judgment of Non-Infringement)**

3          132.    MOSAID incorporates by reference its responses to paragraphs above and below as if

4    fully set forth herein.

5          133.    Denied.

6          134.    Denied.

7

## **COUNT III**

8

### **(Declaratory Judgment of Unenforceability)**

9          135.    MOSAID incorporates by reference its responses to paragraphs above and below as if

10   fully set forth herein.

11         136.    Denied.

12         137.    Denied.

13         138.    MOSAID denies that Paragraph 138 contains allegations that are simple, concise, and

14   direct.  MOSAID also denies that Paragraph 138 contains allegations that are part of a short and plain

15   statement of Micron's claims.  MOSAID denies that there was any failure to disclose any material

16   information that was knowing, willful, or done with the intent to deceive the PTO into issuing U.S.

17   MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

18         139.    MOSAID denies that Paragraph 139 contains allegations that are simple, concise, and

19   direct.  MOSAID also denies that Paragraph 139 contains allegations that are part of a short and plain

20   statement of Micron's claims.  MOSAID denies that there was any failure to disclose any material

21   information that was knowing, willful, or done with the intent to deceive the PTO.  MOSAID denies

22   Micron's characterizations and denies any remaining allegations in this Paragraph.

23         140.    Denied.

24         141.    MOSAID denies that there was any failure to disclose any material information that was

25   knowing, willful, or done with the intent to deceive the PTO into issuing the '573 patent.  MOSAID

26   denies that the '573 patent is unenforceable.  MOSAID denies that Paragraph 141 contains allegations

27   that are simple, concise, and direct.  MOSAID also denies that Paragraph 141 contains allegations that

28

**HOWREY LLP**

DM_US:21382342_4

1   are part of a short and plain statement of Micron's claims.  MOSAID denies Micron's characterizations

2   and denies any remaining allegations in this Paragraph.

3       142.    Denied.

4       143.    MOSAID denies that there was any failure to disclose any material information that was

5   knowing, willful, or done with the intent to deceive the PTO into issuing the '253 patent, the '643

6   patent, the '640 patent, the '703 patent, or the '937 patent.  MOSAID also denies that Paragraph 143

7   contains allegations that are part of a short and plain statement of Micron's claims.  MOSAID denies

8   Micron's characterizations and denies any remaining allegations in this Paragraph.

9       144.    MOSAID denies that there was any failure to disclose any material information that was

10  knowing, willful, or done with the intent to deceive the PTO into issuing the '937 patent.  MOSAID

11  denies that the '937 patent is unenforceable.  MOSAID denies that Paragraph 144 contains allegations

12  that are simple, concise, and direct.  MOSAID also denies that Paragraph 144 contains allegations that

13  are part of a short and plain statement of Micron's claims. MOSAID denies Micron's characterizations

14  and denies any remaining allegations in this Paragraph.

15      145.    MOSAID denies that there was any failure to disclose any material information that was

16  knowing, willful, or done with the intent to deceive the PTO into issuing U.S. Patent No. 5,214,602,

17  the '253 patent, the '643 patent, the '640 patent, the '703 patent, or the '937 patent.  MOSAID denies

18  that the '253 patent, the '643 patent, the '640 patent, the '703 patent, or the '937 patent is

19  unenforceable.  MOSAID denies that Paragraph 145 contains allegations that are simple, concise, and

20  direct.  MOSAID also denies that Paragraph 145 contains allegations that are part of a short and plain

21  statement of Micron's claims.  MOSAID denies Micron's characterizations and denies any remaining

22  allegations in this Paragraph.

23      146.    Denied.

24      147.    MOSAID denies that there was any failure to disclose any material information that was

25  knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950

26  patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that

27  Paragraph 147 contains allegations that are simple, concise, and direct.  MOSAID also denies that

28

Paragraph 147 contains allegations that are part of a short and plain statement of Micron's claims.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

148.    MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 148 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 148 contains allegations that are part of a short and plain statement of Micron's claims.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

149.    MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 149 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 149 contains allegations that are part of a short and plain statement of Micron's claims.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

150.    MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 150 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 150 contains allegations that are part of a short and plain statement of Micron's claims.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

151.    MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 151 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 151 contains allegations that are part of a short and plain statement of Micron's claims.

MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

**HOWREY LLP**

DM_US:21382342_4

152.     MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 152 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 152 contains allegations that are part of a short and plain statement of Micron's claims. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

153.     MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 153 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 153 contains allegations that are part of a short and plain statement of Micron's claims. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

154.     MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 154 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 154 contains allegations that are part of a short and plain statement of Micron's claims. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

155.     MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the '919 patent or the '950 patent.  MOSAID denies that the '919 patent or the '950 patent is unenforceable.  MOSAID denies that Paragraph 155 contains allegations that are simple, concise, and direct.  MOSAID also denies that Paragraph 155 contains allegations that are part of a short and plain statement of Micron's claims. MOSAID denies Micron's characterizations and denies any remaining allegations in this Paragraph.

156.     MOSAID denies that there was any failure to disclose any material information that was knowing, willful, or done with the intent to deceive the PTO into issuing the'950 patent.  MOSAID denies that or the '950 patent is unenforceable.  MOSAID denies that Paragraph 156 contains

1    allegations that are simple, concise, and direct. MOSAID also denies that Paragraph 156 contains

2    allegations that are part of a short and plain statement of Micron's claims. MOSAID denies Micron's

3    characterizations and denies any remaining allegations in this Paragraph.

4         157.    Denied.

5         158.    Denied

6         159.    Denied.

7 **COUNT IV**

8 **(Breach of Contract – '919 and '950 Patents)**

9         160.    MOSAID incorporates by reference its responses to paragraphs above and below as if

10    fully set forth herein.

11         161.    MOSAID admits that it has capacity to enter contracts. MOSAID lacks sufficient

12    information sufficient to form a belief about the truth of any remaining allegations of Paragraph 161,

13    and on that basis, denies them.

14         162.    Denied.

15         163.    Denied.

16         164.    Denied.

17         165.    Denied.

18         166.    Denied.

19         167.    Denied.

20         168.    Denied.

21         169.    Denied.

22         170.    Denied.

23 **COUNT V**

24 **(Promissory Estoppel – '919 and '950 Patents)**

25         171.    MOSAID incorporates by reference its responses to paragraphs above and below as if

26    fully set forth herein.

27         172.    Denied.

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

1    173.    Denied.

2    174.    Denied.

3    175.    Denied.

4    176.    Denied.

5    177.    Denied.

6                                    **COUNT VI**

7                          **(Fraud – '919 and '950 Patents)**

8    178.    MOSAID incorporates by reference its responses to paragraphs above and below as if

9    fully set forth herein.

10    179.    Denied.

11    180.    Denied.

12    181.    Denied.

13    182.    Denied.

14    183.    Denied.

15    184.    MOSAID lacks knowledge and information sufficient to form a belief about the truth of

16    any allegations of this paragraph, and therefore, denies them.

17    185.    Denied.

18    186.    Denied.

19    187.    Denied.

20    188.    Denied.

21    189.    Denied.

22    190.    Denied.

23    191.    Denied.

24    192.    Denied.

25                  **REPLY TO MICRON'S REQUEST FOR RELIEF**

26    MOSAID denies that Micron is entitled to any relief, either as requested in its Complaint, or

27    otherwise.

28

-29-                                          Case No. C 06-4496 JF
                              MOSAID'S Answer, Affirmative Defenses, and
                              Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

**GENERAL DENIAL**

MOSAID further denies any of the allegations in Micron's Complaint not specifically admitted in the responses set forth above in Paragraphs 1-192.

**FIRST AFFIRMATIVE DEFENSE**

Micron's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Micron's Complaint is barred in whole or in part by the doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

Micron's Complaint is barred in whole or in part by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

Micron's Complaint is barred in whole or in part because the alleged contract was executed without any consideration whatsoever.

**FIFTH AFFIRMATIVE DEFENSE**

Micron's Complaint is barred by the applicable statute of frauds, to the extent that Micron's claims, or any of them, are in whole or in part based upon any alleged oral agreements or understanding, including pursuant to California Civil Code section 1624(a) or other applicable law.

**SIXTH AFFIRMATIVE DEFENSE**

Micron fails to plead properly jurisdictional requirements such as subject matter jurisdiction and/or venue for Counts 4, 5, and 6 and thus, these counts are improper.  In light of this failure and/or upon information and belief, venue is improper for Counts 4, 5, and 6.

**SEVENTH AFFIRMATIVE DEFENSE**

The Complaint is barred, in whole or in part, by the applicable statute of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

Count IV of the Complaint is barred, in whole or in part, on the ground that the terms of the purported contract as alleged by Micron were not the product of a meeting of the minds.

HOWREY LLP

DM_US:21382342_4

**NINTH AFFIRMATIVE DEFENSE**

Count IV of the Complaint is barred, in whole or in part, on the ground that the contract as alleged by Micron lacked consideration.

**TENTH AFFIRMATIVE DEFENSE**

Count IV of the Complaint is barred is barred, in whole or in part, on the ground that the terms of the purported contract as alleged by Micron are too indefinite and uncertain to constitute an enforceable contract.

**ELEVENTH AFFIRMATIVE DEFENSE**

Micron failed to act reasonably or to use due diligence to avoid, minimize and/or mitigate its alleged damages.

**TWELFTH AFFIRMATIVE DEFENSE**

MOSAID reserves the right to assert additional affirmative defenses in the event discovery or other analysis indicates that additional affirmative defenses are appropriate.

**COUNTERCLAIMS**

MOSAID hereby pleads the following counterclaims against Plaintiff Micron:

**PARTIES**

1.    Defendant and Counterclaimant MOSAID, is a corporation duly organized and existing under the laws of Ontario, Canada, having a principal place of business at 11 Hines Road, Kanata, Ontario K2K 2X1, Canada.

2.    Plaintiff and Counterclaim Defendant Micron alleges that it is a corporation duly organized and existing under the laws of Delaware, having a principal place of business in Boise, Idaho.

**JURISDICTION**

3.    The below counterclaims arise under the patent laws of the United States.  Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.    Venue is established in this Court because Micron has consented to the propriety of venue in this Court by filing its First Amended Complaint for Declaratory Judgment seeking

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

HOWREY LLP

DM_US:21382342_4

1  declaratory judgment in response to which these counterclaims are filed.  Further, Micron conducts and

2  has conducted business in this judicial district, including providing electronic products that are used,

3  offered for sale, sold, and have been purchased in California and this district.  Micron is subject to

4  personal jurisdiction in this district because, among other reasons, it has purposefully directed

5  activities to this district, maintains offices in this district, and has general and systematic contacts in

6  this district.  As such venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

7  **FACTUAL ALLEGATIONS**

8  5.       United States Patent No. 6,657,919 ("the '919 patent"), entitled *Delay Locked Loop*

9  *Implementation in a Synchronous Dynamic Random Access Memory*, was duly and lawfully issued

10  December 2, 2003.  MOSAID is the assignee and owner of the '919 patent.

11  6.       United States Patent No. 6,992,950 ("the '950 patent"), entitled *Delay Locked Loop*

12  *Implementation in a Synchronous Dynamic Random Access Memory*, was duly and lawfully issued

13  January 31, 2006.  MOSAID is the assignee and owner of the '950 patent.

14  7.       United States Patent No. 5,751,643 ("the '643 patent"), entitled *Dynamic Memory Word*

15  *Line Driver*, was duly and lawfully issued May 12, 1998.  MOSAID is the assignee and owner of the

16  '643 patent.

17  8.       United States Patent No. 5,822,253 ("the '253 patent"), entitled *Dynamic Memory Word*

18  *Line Driver Scheme*, was duly and lawfully issued October 13, 1998.  MOSAID is the assignee and

19  owner of the '253 patent.

20  9.       United States Patent No. 6,278,640 ("the '640 patent"), entitled *Dynamic Memory Word*

21  *Line Driver Scheme*, was duly and lawfully issued August 21, 2001.  MOSAID is the assignee and

22  owner of the '640 patent.

23  10.      United States Patent No. 6,603,703 ("the '703 patent"), entitled *Dynamic Memory Word*

24  *Line Driver Scheme*, was duly and lawfully issued August 5, 2003.  MOSAID is the assignee and

25  owner of the '703 patent.

26

27

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

11. United States Patent No. 7,038,937 ("the '937 patent"), entitled *Dynamic Memory Word Line Driver Scheme*, was duly and lawfully issued May 2, 2006. MOSAID is the assignee and owner of the '937 patent.

12. United States Patent No. 5,828,620 ("the '620 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, was duly and lawfully issued October 27, 1998. MOSAID is the assignee and owner of the '620 patent.

13. United States Patent No. 6,980,448 ("the '448 patent"), entitled *DRAM Boosted Voltage Supply*, was duly and lawfully issued December 27, 2005. MOSAID is the assignee and owner of the '448 patent.

14. United States Patent No. 6,236,581 ("the '581 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, was duly and lawfully issued May 22, 2001. MOSAID is the assignee and owner of the '581 patent.

15. United States Patent No. 5,406,523 ("the '523 patent"), entitled *High Voltage Boosted Word Line Supply Charge Pump and Regulator for DRAM*, was duly and lawfully issued April 11, 1995. MOSAID is the assignee and owner of the '523 patent.

16. United States Patent No. 6,847,573 ("the '573 patent"), entitled *Synchronous SRAM-Compatible Memory Device Including DRAM Array With Internal Refresh*, was duly and lawfully issued January 25, 2005. MOSAID is the assignee and owner of the '573 patent.

## FIRST COUNTERCLAIM

### (Infringement of U.S. Patent No. 6,657,919)

17. MOSAID incorporates by reference the allegations set forth in Paragraphs 1-16 of these Counterclaims as though fully set forth herein.

18. Micron has infringed and is infringing the '919 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including memories having delay line circuitry, that embody the inventions patented within the '919 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

HOWREY LLP

DM_US:21382342_4

19.     Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '919 patent unless enjoined by this Court.

20.     Upon information and belief, Micron's infringement of the '919 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

21.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

## SECOND COUNTERCLAIM

### (Infringement of U.S. Patent No. 6,992,950)

22.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-21 of these Counterclaims as though fully set forth herein.

23.     Micron has infringed and is infringing the '950 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including memories having delay line circuitry, that embody the inventions patented within the '950 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

24.     Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '950 patent unless enjoined by this Court.

25.     Upon information and belief, Micron's infringement of the '950 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

26.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage

HOWREY LLP

DM_US:21382342_4

MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

### THIRD COUNTERCLAIM

**(Infringement of U.S. Patent No. 5,751,643)**

27.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-26 of these Counterclaims as though fully set forth herein.

28.     Micron has infringed and is infringing the '643 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random access memories, that embody the inventions patented within the '643 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

29.     Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '643 patent unless enjoined by this Court.

30.     Upon information and belief, Micron's infringement of the '643 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

31.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

### FOURTH COUNTERCLAIM

**(Infringement of U.S. Patent No. 5,822,253)**

32.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-31 of these Counterclaims as though fully set forth herein.

33.     Micron has infringed and is infringing the '253 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

HOWREY LLP

DM_US:21382342_4

1   access memories, that embody the inventions patented within the '253 patent, and, on information and

2   belief, by actively inducing and/or contributing to infringement of said patent by others.

3       34.     Upon information and belief, Micron will continue to directly infringe, induce

4   infringement and/or contribute to the infringement of the '253 patent unless enjoined by this Court.

5       35.     Upon information and belief, Micron's infringement of the '253 patent is willful

6   entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs

7   incurred in prosecuting this action under 35 U.S.C. § 285.

8       36.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is

9   entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful

10  acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage

11  MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by

12  this Court.

13                           **FIFTH COUNTERCLAIM**

14                 **(Infringement of U.S. Patent No. 6,278,640)**

15      37.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-36 of these

16  Counterclaims as though fully set forth herein.

17      38.     Micron has infringed and is infringing the '640 patent by making, using, importing,

18  offering for sale and/or selling in the United States, without authority, products, including random

19  access memories, that embody the inventions patented within the '640 patent, and, on information and

20  belief, by actively inducing and/or contributing to infringement of said patent by others.

21      39.     Upon information and belief, Micron will continue to directly infringe, induce

22  infringement and/or contribute to the infringement of the '640 patent unless enjoined by this Court.

23      40.     Upon information and belief, Micron's infringement of the '640 patent is willful

24  entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs

25  incurred in prosecuting this action under 35 U.S.C. § 285.

26      41.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is

27  entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful

28

**HOWREY LLP**

DM_US:21382342_4

1  acts in an amount subject to proof at trial. Micron's acts of infringement will continue to damage

2  MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by

3  this Court.

4  **SIXTH COUNTERCLAIM**

5  **(Infringement of U.S. Patent No. 6,603,703)**

6       42.    MOSAID incorporates by reference the allegations set forth in Paragraphs 1-41 of these

7  Counterclaims though fully set forth herein.

8       43.    Micron has infringed and is infringing the '703 patent by making, using, importing,

9  offering for sale and/or selling in the United States, without authority, products, including random

10  access memories, that embody the inventions patented within the '703 patent, and, on information and

11  belief, by actively inducing and/or contributing to infringement of said patent by others.

12       44.    Upon information and belief, Micron will continue to directly infringe, induce

13  infringement and/or contribute to the infringement of the '703 patent unless enjoined by this Court.

14       45.    Upon information and belief, Micron's infringement of the '703 patent is willful

15  entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs

16  incurred in prosecuting this action under 35 U.S.C. § 285.

17       46.    Micron's acts of infringement have caused damage to MOSAID and MOSAID is

18  entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful

19  acts in an amount subject to proof at trial. Micron's acts of infringement will continue to damage

20  MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by

21  this Court.

22  **SEVENTH COUNTERCLAIM**

23  **(Infringement of U.S. Patent No. 7,038,937)**

24       47.    MOSAID incorporates by reference the allegations set forth in Paragraphs 1-46 of these

25  Counterclaims as though fully set forth herein.

26       48.    Micron has infringed and is infringing the '937 patent by making, using, importing,

27  offering for sale and/or selling in the United States, without authority, products, including random

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

access memories, that embody the inventions patented within the '937 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

49. Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '937 patent unless enjoined by this Court.

50. Upon information and belief, Micron's infringement of the '937 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

51. Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial. Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

## EIGHTH COUNTERCLAIM

### (Infringement of U.S. Patent No. 5,828,620)

52. MOSAID incorporates by reference the allegations set forth in Paragraphs 1-51 of these Counterclaims as though fully set forth herein.

53. Micron has infringed and is infringing the '620 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random access memories having a boosted voltage, that embody the inventions patented within the '620 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

54. Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '620 patent unless enjoined by this Court.

55. Upon information and belief, Micron's infringement of the '620 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

56.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

## NINTH COUNTERCLAIM

### (Infringement of U.S. Patent No. 6,980,448)

57.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-56 of these Counterclaims as though fully set forth herein.

58.     Micron has infringed and is infringing the '448 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random access memories having a boosted voltage, that embody the inventions patented within the '448 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

59.     Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '448 patent unless enjoined by this Court.

60.     Upon information and belief, Micron's infringement of the '448 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

61.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

HOWREY LLP

DM_US:21382342_4

**TENTH COUNTERCLAIM**

**(Infringement of U.S. Patent No. 6,236,581)**

62.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-61 of these Counterclaims as though fully set forth herein.

63.     Micron has infringed and is infringing the '581 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random access memories having a boosted voltage, that embody the inventions patented within the '581 patent, and, on information and belief, by actively inducing and/or contributing to infringement of said patent by others.

64.     Upon information and belief, Micron will continue to directly infringe, induce infringement and/or contribute to the infringement of the '581 patent unless enjoined by this Court.

65.     Upon information and belief, Micron's infringement of the '581 patent is willful entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

66.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court.

**ELEVENTH COUNTERCLAIM**

**(Infringement of U.S. Patent No. 5,406,523)**

67.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-66 of these Counterclaims as though fully set forth herein.

68.     Micron has infringed and is infringing the '523 patent by making, using, importing, offering for sale and/or selling in the United States, without authority, products, including random access memories having a boosted voltage, that embody the inventions patented within the '523 patent,

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

1   and, on information and belief, by actively inducing and/or contributing to infringement of said patent

2   by others.

3       69.     Upon information and belief, Micron will continue to directly infringe, induce

4   infringement and/or contribute to the infringement of the '523 patent unless enjoined by this Court.

5       70.     Upon information and belief, Micron's infringement of the '523 patent is willful

6   entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs

7   incurred in prosecuting this action under 35 U.S.C. § 285.

8       71.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is

9   entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful

10  acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage

11  MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by

12  this Court.

13                          **TWELFTH COUNTERCLAIM**

14                  **(Infringement of U.S. Patent No. 6,847,573)**

15      72.     MOSAID incorporates by reference the allegations set forth in Paragraphs 1-71 of these

16  Counterclaims as though fully set forth herein.

17      73.     Micron has infringed and is infringing the '573 patent by making, using, importing,

18  offering for sale and/or selling in the United States, without authority, products, including pseudo

19  SRAMs, that embody the inventions patented within the '573 patent, and, on information and belief,

20  by actively inducing and/or contributing to infringement of said patent by others.

21      74.     Upon information and belief, Micron will continue to directly infringe, induce

22  infringement and/or contribute to the infringement of the '573 patent unless enjoined by this Court.

23      75.     Upon information and belief, Micron's infringement of the '573 patent is willful

24  entitling MOSAID to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs

25  incurred in prosecuting this action under 35 U.S.C. § 285.

26      76.     Micron's acts of infringement have caused damage to MOSAID and MOSAID is

27  entitled to recover from Micron the damages sustained by MOSAID as a result of Micron's wrongful

28

**HOWREY LLP**

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

DM_US:21382342_4

1   acts in an amount subject to proof at trial.  Micron's acts of infringement will continue to damage

2   MOSAID, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by

3   this Court.

**PRAYER FOR RELIEF**

5        WHEREFORE, MOSAID prays for judgment and seeks relief against Micron as follows:

6       (a)     For judgment dismissing, with prejudice, each and every one of Micron's claims in their

7   entirety;

8       (b)     For denial of all remedies and relief sought by Micron in its claims;

9       (c)     For judgment that the '919 patent is valid and has been and/or continues to be infringed

10   by Micron;

11       (d)     For judgment that the '950 patent is valid and has been and/or continues to be infringed

12   by Micron;

13       (e)     For judgment that the '643 patent is valid and has been and/or continues to be infringed

14   by Micron;

15       (f)     For judgment that the '253 patent is valid and has been and/or continues to be infringed

16   by Micron;

17       (g)     For judgment that the '640 patent is valid and has been and/or continues to be infringed

18   by Micron;

19       (h)     For judgment that the '703 patent is valid and has been and/or continues to be infringed

20   by Micron;

21       (i)     For judgment that the '937 patent is valid and has been and/or continues to be infringed

22   by Micron;

23       (j)     For judgment that the '620 patent is valid and has been and/or continues to be infringed

24   by Micron;

25       (k)     For judgment that the '448 patent is valid and has been and/or continues to be infringed

26   by Micron;

27       (l)     For judgment that the '581 patent is valid and has been and/or continues to be infringed

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4

1   by Micron;

2       (m)    For judgment that the '523 patent is valid and has been and/or continues to be infringed

3   by Micron;

4       (n)    For judgment that the '573 patent is valid and has been and/or continues to be infringed

5   by Micron;

6       (o)    For an accounting of all damages sustained by MOSAID as a result of Micron's acts of

7   infringement;

8       (p)    For preliminary and permanent injunctions enjoining the aforesaid acts of infringement

9   by Micron, its officers, agents, servants, employees, subsidiaries, successors, assigns, and all other

10  persons acting in concert or participation with Micron, including related individuals and entities,

11  customers, representatives, dealers, distributors, and importers;

12      (q)    For damages, including actual damages, but in no event less than a reasonable royalty

13  together with prejudgment interest;

14      (r)    For enhanced damages pursuant to 35 U.S.C. § 284;

15      (s)    For attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

16      (t)    For all costs of suit; and

17      (u)    For such other and further relief as the Court may deem just and proper.

18  **<u>DEMAND FOR JURY TRIAL</u>**

19      Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Civil L.R. 3-6, Defendant and

20  Counterclaimant MOSAID hereby requests a jury trial.

21

22  Dated:  August 14, 2008               HOWREY LLP

23

24                              By:  /s/  John D. Hamann (*pro hac vice*)

25                              Attorneys for Defendant

26                              MOSAID TECHNOLOGIES INC.

27

28

HOWREY LLP

-43-                          Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

DM_US:21382342_4

1

## **CERTIFICATE OF SERVICE**

2  The undersigned hereby certifies that all counsel of record who are deemed to have consented

3 to electronic service are being served with a copy of this document via the Court's Electronic Case

4 Filing system per Civil L.R. 5-4.

5

6         By:    /s/ John D. Hamann

7             John D. Hamann

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-4496 JF
MOSAID'S Answer, Affirmative Defenses, and
Counterclaims to Micron's First Amended Complaint

**HOWREY LLP**

DM_US:21382342_4