**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

**LETTER OF REQUEST FOR THE TAKING OF
EVIDENCE FROM VALERIE L. LINES**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, to

THE APPROPRIATE JUDICIAL AUTHORITIES OF THE PROVINCE OF ONTARIO, CANADA:

The above named Court presents its compliments and requests the following assistance to obtain evidence to be used in a civil proceeding, *Micron Technology, Inc. et al. v. MOSAID Technologies Inc.*, now pending in the United States District Court for the Northern District of California. A trial on the merits of this matter is expected to occur in San Jose, California.

This Court has determined that, in the interests of justice and to ensure a complete record, Valerie Lines, who resides within your jurisdiction, needs to be examined as a witness under oath:

<u>Last Known Residential Address</u>:
228 Royal Avenue
Ottawa, Ontario, Canada

This Court requests that the appropriate judicial authority of Canada compel the appearance of Ms. Lines to give video-taped deposition testimony and produce documents for use at trial.

**I.     NATURE AND PURPOSE OF PROCEEDINGS AND SUMMARY OF FACTS**

The following is a summary of the proceedings and facts as alleged by the parties to this action. This Court has not yet made findings of fact in the action.

Micron Technology, Inc. ("Micron") is a Delaware corporation with its principal place of business at 8000 S. Federal Way, Boise, Idaho, 83716. Micron is represented by Gregory S. Arovas, Esq., of KIRKLAND & ELLIS, 153 East 53rd Street, New York, New York 10022. Micron's Canadian counsel in this matter is Henry Lue Esq. of DIMOCK STRATTON LLP, 20 Queen Street West, Suite 3202, Toronto Ontario Canada M5H 3R3.

Powerchip Semiconductor Corporation ("Powerchip") is a Taiwanese company, having its principal place of business at No. 12, Li-Hsin Rd. 1, Hsinchu Science Park, Hsinch, Taiwan, R.O.C. Powerchip is represented by Diana M. Sangalli of TROP, PRUNER & HU, P.C., 1616 S. Voss Rd., Ste. 750, Houston, TX 77057-2631. Powerchip's Canadian counsel in this matter is Henry Lue Esq. of DIMOCK STRATTON LLP, 20 Queen Street West, Suite 3202, Toronto Ontario Canada M5H 3R3.

MOSAID Technologies Incorporated ("MOSAID") is an Ontario corporation that maintains its principle place of business in Ottawa, Ontario, Canada. MOSAID is represented by

Henry Bunsow, Esq. of HOWREY LLP, 525 Market Street, San Francisco, California 94105-2708.

The proceedings for which evidence is required is a civil action for alleged patent infringement arising under the laws of the United States, Title 35, United States Code. The case originated in the United States District Court for the Northern District of California, San Jose Division, Civil Action No. C 06-4496 JF (RS) on July 24, 2006. The next day, on July 25, 2006, MOSAID sued Micron (and later Powerchip) in the United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No. 2:06CV-302-DF before the Honorable David Folsom. Eight of the twelve patents asserted by MOSAID were already at issue in Micron's first-filed California declaratory judgment complaint. Of the remaining four patents, three were related as continuations to the patents at issue in California. After considering motions to dismiss and to transfer brought by MOSAID, the Northern District of California dismissed Micron's cases on October 23, 2006. Micron appealed the decision to the Federal Circuit. During the appeal, the parties proceeded in the Eastern District of Texas. On February 29, 2008 the Federal Circuit granted Micron's appeal. The case was subsequently transferred back to the United States District Court for the Northern District of California, San Jose Division, Civil Action No. C 06-4496 JF (RS). Powerchip has moved to intervene in this action. A trial on the merits will be held in San Jose, California.

This is an action for declaratory judgment in which Micron seeks a declaration that: (1) it does not infringe patents owned by MOSAID; and (2) the patents owned by MOSAID are invalid. MOSAID has alleged that Micron infringes twelve United States Patents relating to dynamic random access memories—United States Patent No. 6,657,919, United States Patent No. 6,992,950, United States Patent No. 5,751,643, United States Patent No. 5,822,253, United States Patent No. 6,278,640, United States Patent No. 6,603,703, United States Patent No. 7,038,937, United States Patent No. 5,828,620, United States Patent No. 6,980,448, United States Patent No. 5,406,523, United States Patent No. 6,236,581, and United States Patent No. 6,847,573. Powerchip is also accused of infringing these patents, with the exception of United States Patent No. 6,847,573.

Ms. Lines is a named inventor of nine of the MOSAID patents-in-suit. Further, as stated in MOSAID's June 5, 2007 initial disclosures filed in the litigation referenced above, Ms. Lines is "likely to have discoverable information concerning the inventions of the patents in suit and their background." Ms. Lines' actions during development and procurement of Mosaid's patents-in-suit are directly relevant to the validity and enforceability of these patents and therefore directly relevant to Micron's case.

Micron believes that Ms. Lines has information and may also have documentation relevant and necessary to Micron's arguments in the current action. The evidence to be obtained is for use as evidence at trial. The parties cannot compel Ms. Lines to appear at trial in the United States. Therefore, this request is being made to secure non-privileged testimony and documents from Ms. Lines, an individual who resides in your jurisdiction. This is a proper and necessary request because it is related to Micron's case and is necessary to do justice and for a fair resolution of the issues that will come before this Court at trial. The examination of other witnesses in this action having been recorded by videotape, and such videotape recordings being permissible under the applicable United States Federal Rules of Civil Procedure, it is respectfully

requested that you permit this examination also to be recorded by videotape, for consistency and presentation to the jury at the trial of this matter.

## II.  THE SUBJECT MATTER ABOUT WHICH MS. LINES WILL BE EXAMINED

(1)  Ms. Lines' knowledge of the subject matter disclosed in the patents-in-suit, related patents, and related applications.

(2)  Ms. Lines' knowledge of work by individuals or entities other than MOSAID that is related to the subject matter disclosed in the patents-in-suit, related patents, and related applications.

(3)  Ms. Lines' knowledge of and activities in MOSAID's commercialization of the inventions claimed in the patents-in-suit, related patents, and related applications.

(4)  Ms. Lines' knowledge of the prosecution of patents-in-suit, related patents, and related applications.

## III.  SPECIAL METHODS AND PROCEDURES

This Court respectfully requests that:

(1)  you cause Ms. Lines to appear before an Official Examiner, at times and places to be set out in Notices of Examination, to be served on the Respondents, pursuant to the Rules of Civil Procedure;

(2)  you permit Ms. Lines to be examined by counsel for Micron and Powerchip and by counsel for MOSAID, allowing full examination and cross-examination on the subject matter of this case, under the United States Federal Rules of Civil Procedure;

(3)  you permit the examination to be videotaped, any exhibits marked, and a verbatim transcript of the examination to be taken, such videotape, transcript, and any marked exhibits to be delivered to examining counsel; and

(4)  you order Ms. Lines to produce documents relevant to the subject matter of this case, subject to the protective order entered in this case attached as Exhibit A, including documents in Canada identified in Exhibit B attached hereto.

## IV.  REQUEST FOR NOTIFICATION

This Court requests that the following persons be notified of the time and place of Ms. Lines' examination:

> Magistrate Judge Richard Seeborg
> United States District Court
> Northern District of California, San Jose Division
> 280 South 1st Street
> San Jose, CA 95113

>Gregory S. Arovas, Esq.
>KIRKLAND &ELLIS
>Citigroup Center
>153 East 53rd Street
>New York, New York 10022
>Tel:  (212) 446-4800
>
>Christian Chadd Taylor, Esq.
>Bao Nguyen, Esq.
>Kimberly Schmitt, Esq.
>KIRKLAND &ELLIS
>555 California Street, 27th Floor
>Tel:  (415) 439-1400
>
>Henry C. Bunsow
>John Hamann
>Sarah Jalali
>HOWREY, LLP
>525 Market Street, Suite 3600
>San Francisco, CA 94105
>T: (415) 848-4900
>Diana M. Sangalli
>Trop, Pruner & Hu, P.C.
>1616 S. Voss Rd., Ste. 750
>Houston, TX 77057-2631
>Tel: (713) 468-8880
>
>Henry Lue, Esq.
>DIMOCK STRATTON LLP
>20 Queen Street West, Suite 3202,
>Toronto Ontario Canada M5H 3R3
>Tel: (416) 971-7202

## V.   REIMBURSEMENT

Any fees and costs incurred in the execution of this Letter of Request will be borne by Micron and Powerchip.

## VI.   RECIPROCITY

This Court is ready and willing to render similar assistance to your Courts when required and takes this opportunity to extend to you its highest consideration.

WITNESS, the signature and seal of Magistrate Judge Richard Seeborg, United States District Judge, United States District Court for the Northern District of California, this ___ day of _____.

                                                                                        _____

                                                                                              Magistrate Judge Richard Seeborg