Henry C. Bunsow (SBN 060707)
K.T. Cherian (SBN 133967)
Scott Wales (SBN 179804)
Sarah M. Jalali (SBN 244971)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
cheriank@howrey.com
waless@howrey.com
jalalis@howrey.com

Attorneys for Defendant
MOSAID TECHNOLOGIES INC.

RECEIVED

2008 OCT -6 AM 9:53

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC. | Case No. C 06-4496 JF |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| MOSAID TECHNOLOGIES INC., | |
| Defendant. | |

Heather M. Khassian, an active member in good standing of the bar of Texas, whose business address and telephone number are Howrey LLP, 1111 Louisiana, 25th Floor, Houston, Texas 77002, (713) 787-1515, and who is admitted to the United States District Court for the Eastern District of Texas, United States District Courthouse, Marshall Division, 100 E. Houston, Room 125, Marshall, Texas 75670, (903) 935-2912, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MOSAID Technologies, Inc.

Case No. C 06-4496 JF
[Proposed] Order Granting Khassian's App
for Admission of Attorney *Pro Hac Vice*

DM_US:21391673

1  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements contained
5  in General Order No. 45, *Electronic Case Filing*.
6
7
8  Dated: 10/10/08

                                      Hon. Jeremy Fogel
                                      United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28