(Counsel listed in signature blocks)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC. AND POWERCHIP SEMICONDUCTOR, CORP.<br><br>Plaintiffs,<br><br>v.<br><br>MOSAID TECHNOLOGIES INC.,<br><br>Defendant. | Case No. C 06-4496 JF<br><br>[PROPOSED] SCHEDULING ORDER |

| EVENT | DATE* |
|---|---|
| Tutorial and Claim Construction Hearing | **November 6, 2008, starting at 9:00 a.m.** |
| Accused Infringer makes disclosure relating to willfulness under Patent L.R. 3-8 (Dec. 2000) | **December 15, 2008** |
| Patentee amends Infringement Contentions under Patent L.R. 3-6 (Dec. 2000) | **January 9, 2009** |

---

* The parties note that one or more of them may move the Court to request revisions to certain dates in this schedule depending upon the timing of the Court's *Markman* Order.  Also, MOSAID consents to the proposed May 22, 2008 trial date, only to the extent that it is acceptable to the Court, and otherwise asserts that the previously ordered June 5, 2008 trial date should stand.

**HOWREY LLP**

Case No.  C 06-4496 JF
[Proposed] Scheduling Order

| EVENT | DATE* |
|---|---|
| Accused Infringer amends Invalidity Contentions under Patent L.R. 3-6 (Dec. 2000) | **January 23, 2009** |
| Deadline for completion of all fact discovery | **February 3, 2009** |
| Deadline for disclosure of expert report(s) on issues for which a party bears the burden of proof | **February 6, 2009** |
| Deadline for disclosure of rebuttal expert report(s) | **March 17, 2009** |
| Deadline for completion of expert discovery | **April 7, 2009** |
| Deadline for filing dispositive motions | **April 17, 2009** |
| Deadline for filing all *Daubert* motions | **April 21, 2009** |
| Parties meet and confer regarding Joint Pretrial Conference Statement | **April 23 , 2009** |
| Parties to file Joint Pretrial Conference Statement | **April 28, 2009** |
| Deadline for Motions in Limine | **May 1, 2009** |
| Parties to submit premarked, joint exhibits | **May 8, 2009** |
| Pretrial Conference | **May 8, 2009 at 11:00 a.m.** |
| Parties to submit joint proposed jury instructions, jury questionnaire, and voir dire questions | **May 18, 2009** |
| Jury Selection | **May 22, 2009, 1:30 p.m., two week trial** |

Dated: 10/24/08    _____
Hon. Jeremy Fogel
United States District Judge