1  Henry C. Bunsow (060707)
   K.T. Cherian (133967)
2  Scott Wales (179804)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, CA 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5  Email: bunsowh@howrey.com;
   cheriank@howrey.com;
6  waless@howrey.com
   [Additional counsel listed on following page.]
7  Attorneys for Plaintiff
   MOSAID TECHNOLOGIES INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  MOSAID TECHNOLOGIES INC.,                )  Case Nos. C 08-4494 JF, C 06-4496 JF
                                             )
14              Plaintiff,                   )  **STIPULATION AND [PROPOSED] ORDER
                                             )  GRANTING MOSAID'S AND MICRON'S
15         v.                                )  JOINT MISCELLANEOUS ADMINISTRATIVE
                                             )  REQUEST PURSUANT TO CIVIL L.R. 7-11 TO
16  MICRON TECHNOLOGY, INC. and              )  BRING EQUIPMENT INTO THE
    POWERCHIP SEMICONDUCTOR                  )  COURTROOM**
17  CORPORATION,                             )
                                             )  Date:  November 6, 2008
18              Defendants.                  )  Time:  9:00 a.m.
                                             )  Courtroom 3, 5th Floor
19                                              Hon. Jeremy Fogel

20  MICRON TECHNOLOGY, INC.                  )
                                             )
21              Plaintiff,                   )
                                             )
22  and                                      )
                                             )
23  POWERCHIP SEMICONDUCTOR                  )
    CORPORATION,                             )
24                                           )
                Intervenor,                  )
25                                           )
           v.                                )
26                                           )
    MOSAID TECHNOLOGIES INC.,                )
27                                           )
                Defendant.                   )
28                                           )

Case Nos. C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting Joint Misc.
Admin. Request To Bring Equipment Into The

DM_US:21542283_4

[Additional counsel continued from previous page.]

Jeannine Yoo Sano (174190)
Andrew Y. Piatnicia (174691)
Anthony S. Kim (225703)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600
Email:  sanoj@howrey.com;
piatniciaa@howrey.com;
kimt@howrey.com

-2-    Case Nos.  C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting  Joint Misc.
Admin. Request To Bring Equipment Into The

DM_US:21542283_4

Pursuant to Civil L.R. 7-11 and 7-12, Parties MOSAID Technologies Inc. ("MOSAID") and Micron Technology, Inc. ("Micron") hereby stipulate and request an order to permit MOSAID and Micron to bring equipment into the courtroom of the Honorable Judge Fogel in order to present material during the *Markman* hearing and tutorial scheduled to begin on November 6, 2008 at 9:00 a.m.

The parties request that MOSAID, Micron and their counsel be allowed the following equipment into the courtroom to assist in their presentation of material during the hearing before the Court of November 6, 2008:

1. seven (7) laptop computers and related docking stations, disk drives, CD-ROM drives and associated display monitors;
2. one (1) 7-foot folding screen;
3. one (1) overhead projector;
4. one (1) ELMO document camera;
5. four (4) laser pointers;
6. one (1) wireless presentation remote;
7. switches, distribution amps, and line doublers;
8. video and audio cables;
9. gaffer's tape or duct tape;
10. carts and stands for the above equipment;
11. the necessary wires, cables, extension cords, power strips, peripherals, and tools to install and connect the above equipment; and
12. two (2) computer memories.

MOSAID and Micron request that the Court approve delivery of the equipment to the Courtroom and set-up on November 5, 2008 between 3:00 p.m. and 5:00 p.m., or another time prior to the *Markman* hearing that is deemed appropriate by the Court, by MOSAID, Micron, and/or their trial consultants. MOSAID and Micron further request that Court staff, including assistant U.S. marshals on duty at the time, be directed to allow and take such steps as reasonably necessary to facilitate the

-3- Case Nos. C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting Joint Misc.
Admin. Request To Bring Equipment Into The

DM_US:21542283_4

1 | foregoing activity.

3 | Dated: October 31, 2008               Respectfully submitted,

By: /s/ Anthony S. Kim

Attorneys for Plaintiff
MOSAID TECHNOLOGIES INC.

8 | Dated: October 31, 2008

By: /s/ Kimberly A. Schmitt

Attorneys for Defendant
MICRON TECHNOLOGY, INC.

-4-       Case Nos. C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting Joint Misc.
Admin. Request To Bring Equipment Into The

DM_US:21542283_4

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I
2  attest under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Kimberly A. Schmitt, counsel for Micron Technology, Inc.
4  Dated: October 31, 2008

By: /s/ Anthony S. Kim

Attorneys for Plaintiff
MOSAID TECHNOLOGIES INC.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED that MOSAID and Micron shall be permitted
10  to bring equipment into the Courtroom as stated above.

12  Dated: 11/3/08

Hon. Jeremy Fogel
United States District Judge
Northern District of California

-5-   Case Nos. C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting Joint Misc.
Admin Request To Bring Equipment Into The

DM_US:21542283_4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-5(b) on October 31, 2008.

/s/  Anthony S. Kim
Attorney for MOSAID

-6-

Case Nos.  C 06-4496 JF, C 08-4494 JF
Stipulation And [Proposed] Order Granting  Joint Misc.
Admin. Request To Bring Equipment Into The

DM_US:21542283_4