UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MICRON TECHNOLOGY, INC. and POWERCHIP SEMICONDUCTOR CORP.<br><br>Plaintiffs,<br><br>v.<br><br>MOSAID TECHNOLOGIES INC.,<br><br>Defendant. | Case No. C 06-4496 JF<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS BETWEEN MOSAID AND POWERCHIP |

Having reviewed MOSAID Technologies Inc.'s ("MOSAID") and Powerchip Semiconductor Corp.'s ("Powerchip") stipulated filing, the Court hereby ORDERS:

1. All claims for relief asserted by MOSAID against Powerchip are dismissed with prejudice, and all claims for relief asserted by Powerchip against MOSAID are dismissed with prejudice; and

2. MOSAID and Powerchip each shall bear their own attorneys' fees and costs for this action.

Dated: 11/3/08

_____
Hon. Jeremy Fogel
United States District Judge