John Desmarais *(pro hac vice)*
Gregory S. Arovas (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
garovas@kirkland.com
jdesmarais@kirkland.com
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Christian Chadd Taylor, S.B.N. 237872
Kimberly Schmitt S.B.N. 203600
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, California  94104-1501
ctaylor@kirkland.com
kschmitt@kirkland.com
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOSAID TECHNOLOGIES INCORPORATED,<br><br>    Defendant. | Case No. 5:06-CV-04496-JF<br><br>**[PROPOSED] ORDER GRANTING MICRON'S MOTION TO CHANGE TIME** |

1  Having considered Micron Technology, Inc.'s Motion to Change Time, IT IS HEREBY ORDERED

2  that deadline for disclosures under Patent L.R. 3-7 is changed from December 15, 2008 to not later

3  than 5 (five) days after the Court issues its *Markman* Order.

4      IT IS SO ORDERED.

6  Dated:   12/19/08

                                           Hon. Jeremy Fogel