**E-Filed 1/7/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | Case Number C 06-4496 JF (RS) |
| Plaintiff, | ORDER[1] (1) DENYING MOTION TO SHORTEN TIME AND (2) DENYING MOTION TO HAVE DISCOVERY MATTERS HEARD BEFORE THE COURT |
| v. | |
| MICRON TECHNOLOGY, INC., | |
| Defendant. | [re: doc. nos. 204 & 205] |

Having considered the administrative motions of Defendant MOSAID Technologies Inc. ("MOSAID") to shorten time and to have MOSAID's pending motion to compel heard by this Court, IT IS HEREBY ORDERED that both motions be DENIED. To permit orderly consideration of the motion to compel and to avoid a potential conflict with the case scheduling order, all outstanding deadlines in the scheduling order are hereby extended by thirty (30) days. All discovery matters shall continue to be heard by Magistrate Judge Seeborg; the hearing on MOSAID's pending motion to compel shall remain scheduled for February 4, 2009.

---

[1] This disposition is not designated for publication and may not be cited.

1
2  IT IS SO ORDERED.
3
4
5  DATED: January 7, 2009
6
                                               _____
7                                              JEREMY FOGEL
                                               United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1  This Order has been served upon the following persons:

2  Amy Rebecca Schofield     aschofield@kirkland.com

3  Anthony S. Kim     kimt@Howrey.com, guthartg@howrey.com

4  Bao Thuc Nguyen     bnguyen@kirkland.com

5

6  Christian Chadd Taylor     ctaylor@kirkland.com, hchang@kirkland.com, jcsmith@kirkland.com

7  Cortney Cilenn Hoecherl     choecherl@kirkland.com

8  Dan C. Hu     hu@tphm.com

9  David Rokach     drokach@kirkland.com

10 Diana Marie Sangalli     dsangalli@tphm.com, mbliler@tphm.com

11

12 Gregory S. Arovas     garovas@kirkland.com

13 Heather Megan Khassian     khassianh@howrey.com

14 Henry C. Bunsow     bunsowh@howrey.com, lim@howrey.com

15 Jeannine Yoo Sano     sanoj@howrey.com

16

17 John C. Spaccarotella     Jspaccarotella@kirkland.com

18 John David Hamann     hamannj@howrey.com, florest@howrey.com

19 John M. Desmarais     jdesmarais@kirkland.com

20 Jonathan M. James     jjames@perkinscoie.com, cmason@perkinscoie.com, dgraziano@perkinscoie.com, docketphx@perkinscoie.com

21

22 Kimberly Anne Schmitt     kschmitt@kirkland.com

23 Korula T. Cherian     cheriank@howrey.com, lim@howrey.com

24 Lina M. Brenner     lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

25

26 Robert Scott Wales     WalesS@howrey.com, kalaheled@howrey.com

27 Ruoyu Roy Wang     rwang@kirkland.com, gdupre@kirkland.com

28 Sarah Minchener Jalali     jalalis@howrey.com, changj@howrey.com, florest@howrey.com

3

Case No. C 06-4496 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)

1  Sean P DeBruine     sean.debruine@alston.com, sissel.browder@alston.com

2  Stefani Elise Shanberg     sshanberg@perkinscoie.com, sshanberg@wsgr.com, shuckaby@wsgr.com

3

4  Thomas W Sankey     twsankey@duanemorris.com, fshampton@duanemorris.com, wkhines@duanemorris.com

5

6  Christopher M. Schultz
   Perkins Coie Brown & Bain P.A.
7  2901 North Central Avenue
   P.O. Box 400
8  Phoenix, AZ 85001-0400

9  David M. LaSpaluto
   Perkins Coie Brown & Bain P.A.
10 2901 North Central Avenue
11 P.O. Box 400
   Phoenix, AZ 85001-0400
12

13 James Shimota
   Kirkland & Ellis LLP
14 AON Building
   200 East Randolph Drive
15 Chicago, IL 60601-6636

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-4496 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)