(Counsel listed in signature blocks)

*E-FILED 1/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOSAID TECHNOLOGIES INCORPORATED,<br><br>　　　　Defendant. | Case No. 5:06-CV-04496-JF<br><br>**JOINT STIPULATION BETWEEN MICRON TECHNOLOGY, INC. AND MOSAID TECHNOLOGIES INC. REGARDING DEPOSITIONS AND ORDER** |

　　　　Micron Technology, Inc. ("Micron") and MOSAID Technologies Inc. ("MOSAID") hereby stipulate to withdrawal of their respective Motion for a Protective Order (Dkt. No. 188) and Motion to Compel Production of Micron Witnesses for Deposition (Dkt. No. 197) based upon the following representations and stipulations of Micron and MOSAID:

　　1. Micron will provide designees for MOSAID's outstanding 30(b)(6) notices, subject to Micron's objections. The time for these depositions will not exceed what is listed in the table on page 2 of "MOSAID Technologies Inc.'s Supplemental Opposition to Micron Technology, Inc.'s Motion For A Protective Order", Dkt. No. 215. Micron also objected to some topics based on relevancy and MOSAID and Micron will work to resolve these issues in good faith in hopes of avoiding further motion practice. MOSAID reserves the

1    right to seek additional time for these Notices, if the designees are not sufficiently
2    prepared for Micron to have met its 30(b)(6) obligations or for other good cause shown.
3    MOSAID's 11th Notice will be limited to topics 7-10.

2. Micron will provide a half day deposition for each of Steve Casper and Jared Adams. The depositions of Michael Sadler, John Schreck, and Todd Merritt will be provided at a later time, only if it is determined that they will be trial witnesses. The individual depositions of John Wilford and Roger Norwood will proceed on the same day that they are provided as 30(b)(6) designees. With the exception of these provisions, MOSAID's served individual notices will be withdrawn. MOSAID reserves the right to seek to re-notice these individuals for good cause shown.

3. The parties agree that an additional 30(b)(6) Notice for each party relating to authentication and hearsay issues will occur during fact discovery, subject to good faith objections regarding aspects of the specific topics.

4. The parties will work in good faith to deal with any outstanding issues relating to Micron's objections to MOSAID's 30(b)(6) topics.

Accordingly, Micron and MOSAID respectfully request that the Court grant this Joint Stipulation and withdraw Dkt. Nos. 188 and 197 and their associated briefing.

| | | |
|---|---|---|
| 1 | Dated: January 21, 2009 | KIRKLAND & ELLIS LLP |

By:  /s/ *Christian Chadd Taylor*

    John Desmarais *(pro hac vice)*
    Gregory S. Arovas *(pro hac vice)*
    KIRKLAND & ELLIS LLP
    153 East 53rd Street
    New York, NY 10022
    Telephone:  (212) 446-4800
    Facsimile: (212) 446-4900

    Christian Chadd Taylor S.B.N. 237872
    KIRKLAND & ELLIS LLP
    555 California St., 27th Floor
    San Francisco, CA 94104
    Telephone:  (415) 439-1400
    Facsimile:  (415) 439-1500

    James Shimota *(pro hac vice)*
    David Rokach *(pro hac vice)*
    KIRKLAND & ELLIS LLP
    200 East Randolph Dr,
    Chicago, IL 60601
    Telephone: (312) 861-2336
    Facsimile: (312) 861-2200

    Attorneys for MICRON
    TECHNOLOGY, INC.

1  Dated: January 21, 2009                             HOWREY LLP

2

3                                                      By: /s/ John D. Hamann
                                                           Henry C. Bunsow (SBN 060707)
4                                                          K.T. Cherian (SBN 133967)
                                                           Scott Wales (SBN 179804)
5                                                          John D. Hamann (*pro hac vice*)
                                                           Sarah M. Jalali (SBN 244971)
6

7                                                      HOWREY LLP
                                                       525 Market Street, Suite 3600
8                                                      San Francisco, CA 94105
                                                       (415) 848-4900 Fax: (415) 848-4999
9                                                      bunsowh@howrey.com
                                                       cheriank@howrey.com
10                                                     waless@howrey.com
                                                       hamannj@howrey.com
11                                                     jalalis@howrey.com

12
                                                       Attorneys for MOSAID
13                                                     TECHNOLOGIES INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: January 22, 2009

   Magistrate Judge Richard Seeborg
   United States District Court
   Northern District of California

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-5(b) on January 21, 2009.

By: /s/*Christian Chadd Taylor*
Christian Chadd Taylor