UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>MOSAID TECHNOLOGIES INC.,<br><br>            Defendant. | Case No. C 06-4496 JF<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS BETWEEN MOSAID AND MICRON** |

1  Having reviewed MOSAID Technologies Inc.'s ("MOSAID") and Micron Technology, Inc.'s
2  ("Micron") stipulated filing, the Court hereby ORDERS:
3      1.  All claims for relief asserted by MOSAID against Micron are dismissed with prejudice,
4          and all claims for relief asserted by Micron against MOSAID are dismissed with
5          prejudice;  and
6
7      2.  MOSAID and Micron each shall bear their own attorneys' fees and costs for this
8          action.

9  Dated:  2/3/09                               _____
10                                              Hon. Jeremy Fogel
                                                United States District Judge